*WO*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| DEMETRIUS A. WILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT IN A CIVIL CASE |
| vs. ) | |
| ) | Case No. CV-01-00413-TUC-FRZ |
| SGT. RAYMOND SNEED, et al. ) | |
| Respondent. ) | |
| _____) | |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED** that this case **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees not otherwise provided for in the parties' agreement.

<u>October 28, 2005</u>                     <u>RICHARD H. WEARE          </u>
Date                                   CLERK


                                       <u>S/ M.  Michelle Mejia      </u>

                                          M.  Michelle Mejia
                                             Deputy Clerk


Copies to:
J/B, FRZ,Wilson, all counsel